|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARMEN SARMIENTO,<br>a/k/a Carmen Gutierrez,<br>a/k/a Elena Obando,<br><br>Defendant. | CASE NO. CR 08-00401 JF<br><br>[PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>New Status Conference Date and Time:<br>June 17, 2009<br>9:00 a.m. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, that the status conference shall be continued from May 13, 2009 at 9:00 a.m. to June 17, 2009, at 9:00 a.m.

The parties further agree, that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence: The time period of May 13, 2009 to June 17, 2009 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

Dated:  5 / 12 / 09

_____
JEREMY FOGEL
United States District Judge